# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Patrick L. Perry,

            Plaintiff(s),

v.

Robert J. Futoran, M.D., et al.,

            Defendant(s).

2:23-cv-01515-GMN-VCF

**Order regarding discovery plan**

    A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

    Accordingly,

    IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before January 19, 2024.

    DATED this 4th day of January 2024.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE